# FILED

05/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0424

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0424

SHAWN FOWLER,

Plaintiff/Appellee,

v.

DEPARTMENT OF JUSTICE
MONTANA HOGHWAY PATROL,

Defendant/Appellant.

## GRANT OF APPELLEE'S EXTENSION OF TIME

Pursuant to the authority granted under Rule 26, M.R.App.P., Appellee's Unopposed Motion for Extension of Time is granted. Appellee may file and serve its Response Brief in this matter on or before June 18, 2023.

## ELECTRONICALLY SIGNED AND DATED BELOW

cc: Karl Knuchel/Webster Crist

Michael Kauffman

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 15 2023